Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1315

KNAUF FIBER GLASS, GMBH,

Plaintiff-Appellee,

v.

CERTAINTEED CORPORATION,

Defendant-Appellant.

Paul B. Hunt, Barnes & Thornburg LLP, of Indianapolis, Indiana, argued for plaintiff-appellee. With him on the brief was Deborah Pollack-Milgate.

Edward M. Reisner, of Brooklyn, New York, argued for defendant-appellant.

Appealed from: United States District Court for the Southern District of Indiana

Chief Judge David F. Hamilton

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1315

KNAUF FIBER GLASS, GMBH,

Plaintiff-Appellee,

v.

CERTAINTEED CORPORATION,

Defendant-Appellant.

# Judgment

ON APPEAL from the    United States District Court for the Southern District of Indiana

in CASE NO(S).    1:02-CV-1215

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, PLAGER, and DYK, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  December 15, 2008          /s/ Jan Horbaly

Jan Horbaly, Clerk